## DAVIS v. UNITED STATES.

*(District Court, D. Maine. January 19, 1891.)*

1. CLERK OF COURT—FEES—DECISION OF COMPTROLLER.
    The disallowance by the first comptroller of the treasury of fees claimed by a clerk of the court is not conclusive against the clerk on a petition by him for the recovery of such fees. Following *Harmon v. U. S.*, 43 Fed. Rep. 561.

2. SAME—PROPER CHARGES AGAINST UNITED STATES.
    The clerk is entitled to fees for entering orders of approval of clerk's and district attorney's and marshal's and commissioner's accounts, and filing papers with same, for swearing bailiffs, for filing *venires* and precepts to distribute, and other papers, and for taking acknowledgments of sureties on recognizances.

At Law.
*Edward M. Rand*, for petitioner.
*George E. Bird*, U. S. Atty.

WEBB, J. This is a petition by the clerk of both the circuit and district courts to recover the sum of $141.65, fees for official services charged in his accounts, and disallowed by the treasury accounting officers. The charges are classified under the following heads:

1. Entering orders of approval of clerk's accounts, and filing papers with same, - - - - - - - $20 00
2. Entering orders of approval of accounts of the U. S. attorney, and filing accompanying papers, - - - - - 27 70
3. Entering orders of approval of marshal's accounts, and filing accompanying papers, - - - - - - 51 30
4. Entering orders of approval of commissioner's accounts, - 22 95
5. Swearing bailiffs, - - - - - - 80
6. Filing *venires* and precepts to distribute, - - - 5 60
7. Filing papers, - - - - - - - 8 80
8. Taking acknowledgments of sureties on recognizances, - 4 25
9. Excessive reduction by reason of error in computation, - - 25

## FINDING OF FACTS.

All the services charged for were rendered. Fees for these services at the rates allowed by the fee-bill were regularly included in the clerk's stated accounts, which accounts were verified by his oath, and in the actual presence of the United States attorney, were presented for approval in this court, were approved, and were forwarded to the proper treasury officers. The charges were disallowed, and payment refused. The item for error in computation is established. Of the fees claimed the sum of $10.86 was disallowed by the first comptroller prior to March 3, 1887.

## CONCLUSIONS OF LAW.

That the action of the comptroller respecting the $10.86 before March 3, 1887, does not deprive the court of jurisdiction has been decided by the circuit court of this circuit in *Harmon* v. *U. S.*, 43 Fed. Rep. 561. That decision is authoritative here. All the other charges were proper and lawful, and the clerk is entitled to be paid them by the United States. *Erwin* v. *U. S.*, 37 Fed. Rep. 481; *Jones* v. *Same*, 39 Fed. Rep. 412, 413; *Goodrich* v. *Same*, 35 Fed. Rep. 194; *Rand* v. *Same*, 36 Fed. Rep. 674; *Dimmick* v. *Same*, Id. 83. The error of computation should be corrected, and the amount paid.

Judgment is to be entered for the petitioner for $141.65.